IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KHOR CHIN LIM,

    Plaintiff,

v.

SCOTT WALKER, STAPLES, INC., RON SARGANT, WIATR, LLC, RICKY H. LAU, ELIZABETH LAU, YANG WANG, LLOYD M. SMITH S.C., LLOYD M. SMITH, MATHEW G. PALMER, J.B. VAN HOLLEN, FRANK H. EASTERBROOK, WILLIAM J. BAUER, ANN CLAIRE WILLIAMS, RUDOLPH T. RANDA, CHARLES N. CLEVERT, LYNN ADELMAN, YOK LAW, JOHN REID, AMIR SAM DIBAEI, CITY OF MILPITAS, JOSE ESTEVES, RONALD HACKER, CVS CAREMARK CORPORATION., LARRY J. MERLO, SAFEWAY, INC., STEVEN BURD, MITT ROMNEY, ED GALLARDO and ORANGE TREE FROZEN YOGURT,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-492-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

_Peter Oppeneer_             7/26/12
Peter Oppeneer, Clerk of Court          Date